AO 441 (Rev. 07/10)  Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
District of Nevada

Trustees of the Nevada Resort Association, et al.
*Plaintiff*
v.
Big Fin 720, LLC, et al.
*Defendant, Third-party plaintiff*
v.
IATSE Local 720, a Labor Organization, et al.
*Third-party defendant*

Civil Action No. 2:23-cv-00149-RFB-DJA

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*  Marielle "Apple" Thorne
7916 Airola Peak Street
Las Vegas, Nevada  89166

A lawsuit has been filed against defendant  Big Fin 720, LLC, et al. , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff  Trustees  .

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
Todd R. Creer, Esq. and Dare E. Heisterman, Esq.
Kamer Zucker Abbott
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
Paul D. Cotsonis, Esq.
The Urban Law Firm
4270 South Decatur Boulevard, Suite A-9
Las Vegas, Nevada 89103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.



CLERK OF COURT

Date: 04/28/2023

*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 07/10)  Summons on Third-Party Complaint (Page 2)

Civil Action No. 2:23-cv-00149-RFB-DJA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 441 (Rev. 07/10)  Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| Trustees of the Nevada Resort Association, et al.<br>*Plaintiff*<br>v.<br>Big Fin 720, LLC, et al.<br>*Defendant, Third-party plaintiff*<br>v.<br>IATSE Local 720, a Labor Organization, et al.<br>*Third-party defendant* | Civil Action No. 2:23-cv-00149-RFB-DJA |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)* Ronald Poveromo
3000 South Valley View Boulevard
Las Vegas, NV 89102

　　　　A lawsuit has been filed against defendant  Big Fin 720, LLC, et al.  , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff  Trustees  .

　　　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
Todd R. Creer, Esq. and Dare E. Heisterman, Esq.
Kamer Zucker Abbott
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102

　　　　It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
Paul D. Cotsonis, Esq.
The Urban Law Firm
4270 South Decatur Boulevard, Suite A-9
Las Vegas, Nevada 89103

　　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

　　　　A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.



CLERK OF COURT

Date: 04/28/2023

Signature of Clerk or Deputy Clerk

AO 441 (Rev. 07/10)  Summons on Third-Party Complaint (Page 2)

Civil Action No. 2:23-cv-00149-RFB-DJA

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify)*: _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 441 (Rev. 07/10)  Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| Trustees of the Nevada Resort Association, et al.<br>*Plaintiff*<br>v.<br>Big Fin 720, LLC, et al.<br>*Defendant, Third-party plaintiff*<br>v.<br>IATSE Local 720, a Labor Organization, et al.<br>*Third-party defendant* | Civil Action No. 2:23-cv-00149-RFB-DJA |

**SUMMONS ON A THIRD-PARTY COMPLAINT**

To: *(Third-party defendant's name and address)* International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of the United States and Canada, Local 720
3000 South Valley View Boulevard
Las Vegas, Nevada 89102

 A lawsuit has been filed against defendant  Big Fin 720, LLC, et al. , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff  Trustees  .

 Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
Todd R. Creer, Esq. and Dare E. Heisterman, Esq.
Kamer Zucker Abbott
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102

 It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
Paul D. Cotsonis, Esq.
The Urban Law Firm
4270 South Decatur Boulevard, Suite A-9
Las Vegas, Nevada 89103

 If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

 A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.



CLERK OF COURT

Date:  04/28/2023

_____
*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 07/10)  Summons on Third-Party Complaint (Page 2)

Civil Action No. 2:23-cv-00149-RFB-DJA

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 441 (Rev. 07/10)  Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
District of Nevada

Trustees of the Nevada Resort Association, et al. )
*Plaintiff* )
v. )  Civil Action No. 2:23-cv-00149-RFB-DJA
Big Fin 720, LLC, et al. )
*Defendant, Third-party plaintiff* )
v. )
IATSE Local 720, a Labor Organization, et al. )
*Third-party defendant* )

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*   Phillip Jaynes
4409 Weitzman Place
Las Vegas, Nevada   89141

A lawsuit has been filed against defendant  Big Fin 720, LLC, et al. , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff  Trustees .

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
Todd R. Creer, Esq. and Dare E. Heisterman, Esq.
Kamer Zucker Abbott
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
Paul D. Cotsonis, Esq.
The Urban Law Firm
4270 South Decatur Boulevard, Suite A-9
Las Vegas, Nevada 89103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.



CLERK OF COURT

Date:  04/28/2023

*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 07/10)  Summons on Third-Party Complaint (Page 2)

Civil Action No. 2:23-cv-00149-RFB-DJA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____, who is
 designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

❏ I returned the summons unexecuted because _____; or

❏ Other *(specify):* _____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: