KAMER ZUCKER ABBOTT
R. Todd Creer          #10016
Nicole A. Martin       #13423
Dare E. Heisterman     #14060
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel: (702) 259-8640
Fax: (702) 259-8646
tcreer@kzalaw.com
nmartin@kzalaw.com
dheisterman@kzalaw.com

Attorneys for Defendants, Counterclaim-Plaintiffs,
And Third-Party Plaintiffs

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE NEVADA RESORT ASSOCIATION—INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, PENSION TRUST; TRUSTEES OF THE NEVADA RESORT ASSOCIATION— INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, WAGE DISABILITY TRUST; and TRUSTEES OF THE NEVADA RESORT ASSOCIATION— INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, APPRENTICE AND JOURNEYMAN TRAINING AND EDUCATION TRUST, <br><br> Plaintiffs, <br><br> vs. <br><br> BIG FIN 720, LLC, a Domestic Limited-Liability Company; BIG FIN VEGAS, LLC, a Domestic | Case No. 2:23-cv-00149-RFB-DJA <br><br> **STIPULATION AND REQUEST TO EXTEND TIME TO FILE RESPONSE TO MOTION TO DISMISS AND TO EXTEND TIME TO REPLY TO THE SAME** <br><br> *(First Request)* |

1   Limited-Liability Company; BIG FIN                )
    PRODUCTIONS, LLC, a Domestic Limited-          )
2   Liability Company; and BIG FIN                    )
    INTERNATIONAL, LLC, a Domestic Limited-        )
3   Liability Company,                               )
                                                     )
4                      Defendants.                   )
                                                     )
5   _____         )
                                                     )
6   BIG FIN 720, LLC, a Domestic Limited-Liability )
    Company; BIG FIN VEGAS, LLC, a Domestic        )
7   Limited-Liability Company; BIG FIN              )
    PRODUCTIONS, LLC, a Domestic Limited-          )
8   Liability Company; and BIG FIN                   )
    INTERNATIONAL, LLC, a Domestic Limited-        )
9   Liability Company,                               )
                                                     )
10                  Counterclaim-Plaintiffs,         )
                                                     )
11  vs.                                              )
                                                     )
12                                                   )
                                                     )
13  TRUSTEES OF THE NEVADA RESORT                    )
    ASSOCIATION—INTERNATIONAL                        )
14  ALLIANCE OF THEATRICAL STAGE                     )
    EMPLOYEES AND MOVING PICTURE                     )
15  MACHINE OPERATORS OF THE UNITED                  )
    STATES AND CANADA, LOCAL 720,                    )
16  PENSION TRUST; TRUSTEES OF THE                   )
    NEVADA RESORT ASSOCIATION—                       )
17  INTERNATIONAL ALLIANCE OF                        )
    THEATRICAL STAGE EMPLOYEES AND                   )
18  MOVING PICTURE MACHINE                           )
    OPERATORS OF THE UNITED STATES                   )
19  AND CANADA, LOCAL 720, WAGE                      )
    DISABILITY TRUST; and TRUSTEES OF               )
20  THE NEVADA RESORT ASSOCIATION—                   )
    INTERNATIONAL ALLIANCE OF                        )
21  THEATRICAL STAGE EMPLOYEES AND                   )
    MOVING PICTURE MACHINE                           )
22  OPERATORS OF THE UNITED STATES                   )
    AND CANADA, LOCAL 720, APPRENTICE               )
23  AND JOURNEYMAN TRAINING AND                      )
    EDUCATION TRUST,                                 )
24                                                   )
25                  Counterclaim-Defendants.         )
    _____         )
26
27
28

BIG FIN 720, LLC, a Domestic Limited-Liability )
Company; BIG FIN VEGAS, LLC, a Domestic )
Limited-Liability Company; BIG FIN )
PRODUCTIONS, LLC, a Domestic Limited- )
Liability Company; and BIG FIN )
INTERNATIONAL, LLC, a Domestic Limited- )
Liability Company, )
                         )
              Third-Party Plaintiffs, )
                         )
vs. )
                         )
INTERNATIONAL ALLIANCE OF )
THEATRICAL STAGE EMPLOYEES AND )
MOVING PICTURE MACHINE )
OPERATORS OF THE UNITED STATES )
AND CANADA, LOCAL 720, a Labor )
Organization; MARIELLE "APPLE" THORNE,)
an Individual; PHIL JAYNES, an Individual; and )
RONALD POVEROMO, an Individual, )
                         )
              Third-Party Defendants. )
_____

        Pursuant to LR 6-1, Third-Party Plaintiffs, BIG FIN 720, LLC; BIG FIN VEGAS, LLC; BIG FIN PRODUCTIONS, LLC; AND BIG FIN INTERNATIONAL, LLC ("Third-Party Plaintiffs") and Third-Party Defendants INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720 ("Union"), MARIELLE "APPLE" THORNE, and PHIL JAYNES (collectively "Third-Party Defendants") by and through their respective counsel of record, stipulate and request that the Court extend the deadline for Third-Party Plaintiffs to respond to the Third-Party Defendants' Motion to Dismiss ("Motion") from the current deadline of June 9, 2023 up to and including June 22, 2023, as well as extend the Third Party Defendants' deadline to file its Reply from June 30, 2023 up to and including July 13, 2023.

        In support of this Stipulation and Request, the parties state the following:

        1.       Third-Party Defendants filed their Motion on May 26, 2023. Accordingly, Third-Party Plaintiffs' response to the Motion is currently due by June 9, 2023.

2.      On June 6, 2023, and June 7, 2023, Third-Party Plaintiffs requested an extension of time to respond to the Motion and proposed an equal extension of time for Third-Party Defendants to file their Reply. The parties agreed to an extension on June 8, 2023. Accordingly, if approved by the Court, the new deadline for Third-Party Plaintiffs to respond to the Motion would be June 22, 2023 and Third-Party Defendants Reply would then be due twenty-one (21) days later on July 13, 2023.

3.      This request is brought in good faith and not sought for the purpose of delay or any other improper purpose. Rather, this request is sought to provide Third-Party Plaintiffs' counsel sufficient time to review and respond to the issues raised in the Motion in light of the Memorial Day holiday, presently demanding workload, other looming deadlines, and personal commitments. It also allows Third-Party Defendants' counsel to navigate pre-existing travel plans in June, including of the client, and the July 4 holiday.

4.      This is the first request to extend the deadline to respond to the Motion and to reply to Third-Party Plaintiff's response.  No previous extensions of time have been granted.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

KAMER ZUCKER ABBOTT     *Attorneys at Law*
3000 West Charleston Boulevard, Suite 3 • Las Vegas, NV 89102 • (702) 259-8640

Page 4 of 5

1    WHEREFORE, the parties respectfully request that the Court extend the deadline for

2  Third-Party Plaintiffs to respond to the Motion from the current deadline of June 9, 2023, up to and

3  including June 22, 2023, and correspondingly extend the Third-Party Defendants' deadline to reply

4  through July 13, 2023.

5

6  WEINBERG, ROGER & ROSENFELD            KAMER ZUCKER ABBOTT

7

8  By:    /s/ Joseph T. Adamiak                 By:    /s/ Dare Heisterman
        Sean W. McDonald, Esq.                       R. Todd Creer         #10016
9       3199 E. Warm Springs Road, Suite 400        Nicole A. Martin       #13423
        Las Vegas, Nevada  89120                     Dare E. Heisterman     #14060
10                                                   3000 West Charleston Boulevard
        Joseph T. Adamiak, Esq.                      Las Vegas, Nevada 89102
11      800 Wilshire Boulevard, Suite 1020           Tel: (702) 259-8640
        Los Angeles, California  90017               Fax: (702) 259-8646
12

13      Attorneys for Third-Party Defendants        Attorneys for Third-Party Plaintiffs
        IATSE Local 720, Marielle "Apple"
14      Thorne and Phil Jaynes

15

16                              **ORDER**

17      IT IS SO ORDERED.

18  DATE:  June 9, 2023              _____

19                                  UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28