# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Trustees of the Nevada Resort Association – International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of the United States and Canada, Local 720, Pension Trust; et al., | Case No. 2:23-cv-00149-RFB-DJA |
| Plaintiffs, | **Order** |
| v. | |
| Big Fin 720, LLC; et al., | |
| Defendants. | |
| And related counterclaims and third-party claims. | |

Before the Court is the parties' stipulation to stay discovery pending the resolution of Third-Party Defendants' motion to dismiss.  (ECF No. 23).  The parties explain that resolution of the Third-Party Defendants' motion to dismiss may have a significant impact on the scope of discovery.  They add that they would be prejudiced by spending unnecessary time and resources on issues that may be resolved while the motion is pending.  The Court grants the parties' motion to stay discovery.  The Court finds a stay of discovery appropriate under the good cause analysis in *Scharder v. Wynn*, No. 2:19-cv-02159-JCM-BNW, 2021 WL 4810324, at \*4 (D. Nev. Oct. 14, 2021) and Federal Rule of Civil Procedure 1.

**IT IS THEREFORE ORDERED** that the parties' stipulation to stay discovery (ECF No. 23) is **granted.**

DATED: June 26, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE