SEAN W. McDONALD, Nevada Bar No. 12817
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
3199 E. Warm Springs Road Suite 400
Las Vegas, Nevada 89120
Telephone  (702) 508-9282
Fax  (510) 337-1023
E-Mail: smcdonald@unioncounsel.net
courtnotices@unioncounsel.net

JOSEPH T. ADAMIAK, Nevada Bar No. 16373
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
800 Wilshire Blvd. Suite 1020
Los Angeles, California 90017
Telephone  (213) 380-2344
Fax  (213) 443-5098
E-Mail: jadamiak@unioncounsel.net
courtnotices@unioncounsel.net

Attorneys for Third-Party Defendants International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of the United States and Canada, Local 720, Marielle "Apple" Thorne, and Phil Jaynes

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE NEVADA RESORT ASSOCIATION-INTERNTIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, PENSION TRUST; et al., <br><br> Plaintiffs, <br><br> v. <br><br> BIG FIN 720, LLC; et al., <br><br> Defendants. | No. 2:23-cv-00149-RFB-DJA <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR THIRD-PARTY DEFENDANTS TO ANSWER THIRD-PARTY COMPLAINT** <br><br> (First Request) |
| BIG FIN 720, LLC; et al., <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> TRUSTEES OF THE NEVADA RESORT ASSOCIATION-INTERNTIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE | |

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
3199 E Warm Springs Road, Suite 400
Las Vegas, Nevada 89120
(702) 508-9282

1

STIP. & ORDER TO EXTEND TIME FOR THIRD-PARTY DEFS. TO ANSWER THIRD-PARTY COMPL.
Case No. 2:23-cv-00149-RFB-DJA

| | |
|---|---|
| MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, PENSION TRUST; et al., | |
| | Counterclaim-Defendants. |
| BIG FIN 720, LLC; et al., | |
| | Third-Party Plaintiffs, |
| v. | |
| INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720; et al., | |
| | Third-Party Defendants. |

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel of record for Third-Party Plaintiffs and Third-Party Defendants that Third-Party Defendants International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of the United States and Canada, Local 720 ("Union") and Marielle "Apple" Thorne and Phil Jaynes in their capacities as officers of the Union[1] will have up to and including March 15, 2024, to answer the Third-Party Complaint (ECF No. 9). The original deadline is March 1, 2024, under Federal Rule of Civil Procedure 12(a)(4)(A), in light of the Court denying Third-Party Defendants' Motion to Dismiss the Third-Party Complaint on February 16, 2024. *See* ECF No. 29.

The Plaintiffs/Counterclaim-Defendants Trusts and Trustees, the Third-Party Defendants Thorne and Jaynes in their capacities as Trustees of the Trusts, and the Defendants/Counterclaim-Defendants by their respective undersigned counsel do not object to the foregoing stipulation.

/ / /

/ / /

---

[1] According to the record, it does not appear that Third-Party Defendant Ronald Poveromo has been served with process. As such, he is not yet joined as a party to this case as a named Third-Party Defendant. Undersigned counsel for Third-Party Defendants Union and Union officers are not presently authorized to represent Mr. Poveromo.

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
3199 E Warm Springs Road, Suite 400
Las Vegas, Nevada 89120
(702) 508-9282

2

STIP. & ORDER TO EXTEND TIME FOR THIRD-PARTY DEFS. TO ANSWER THIRD-PARTY COMPL.
Case No. 2:23-cv-00149-RFB-DJA

This is the first request for an extension of this deadline. The request is made in good faith and not for the purpose of delay. Additional time is needed to enable the Union to address internal Union process matters before answering the Third-Party Complaint.

DATED: March 1, 2014

| THE URBAN LAW FIRM | KAMER ZUCKER ABBOTT |
|---|---|
| By: */s/ Paul Cotsonis*<br>Michael A. Urban   #3875<br>Paul D. Cotsonis   #8786<br>4270 S Decatur Blvd., Suite A-9<br>Las Vegas, Nevada 89103<br>*Attorneys for Plaintiffs/Counterclaim-Defendants Trusts and Third-Party Defendant Trustees* | By: */s/ Todd Creer*<br>R. Todd Creer #10016<br>Dare E. Heisterman #14060<br>6325 S Jones Blvd., Suite 300<br>Las Vegas, Nevada 89118<br>*Attorneys for Defendants/Counterclaim-Plaintiffs/Third-Party Plaintiffs* |

**WEINBERG ROGER & ROSENFELD**

By: */s/ Sean W. McDonald*
Sean W. McDonald   #12817
Joseph T. Adamiak   #16373
3199 E Warm Springs Road, Suite 400
Las Vegas, Nevada 89120
*Attorneys for Third-Party Defendants Union, Marielle "Apple" Thorne, and Phil Jaynes*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 3/4/2024

146406\1447401