KAMER ZUCKER ABBOTT
R. Todd Creer          #10016
Dare E. Heisterman     #14060
6325 South Jones Boulevard, Suite 300
Las Vegas, Nevada 89118
Tel: (702) 259-8640
Fax: (702) 259-8646
tcreer@kzalaw.com
dheisterman@kzalaw.com

*Attorneys for Defendants, Counterclaim-Plaintiffs, and Third-Party Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE NEVADA RESORT ASSOCIATION—INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, PENSION TRUST; et al., <br>　　　　　　Plaintiffs,<br>vs.<br>BIG FIN 720, LLC, et al.,<br>　　　　　　Defendants. | Case No. 2:23-cv-00149-RFB-DJA <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| BIG FIN 720, LLC, et al.,<br>　　　　　　Counterclaim-Plaintiffs,<br>vs.<br>TRUSTEES OF THE NEVADA RESORT ASSOCIATION—INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, PENSION TRUST; et al.,<br>　　　　　　Counterclaim-Defendants. | |
| BIG FIN 720, LLC, et al.,<br>　　　　　　Third-Party Plaintiffs,<br>vs.<br>INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, et al.,<br>　　　　　　Third-Party Defendants. | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through their respective counsel of record, hereby stipulate and request that the above-captioned case be dismissed in its entirety *with prejudice*. Each party is to bear their own attorneys' fees and costs, except as otherwise provided. The parties further stipulate that all disputes relating to their settlement agreement shall be referred to the Court, if necessary, which will have continuing jurisdiction over the terms and conditions of the settlement agreement until all payments and obligations have been fully carried out.

WHEREFORE, the parties respectfully request that this matter be dismissed *with prejudice*, with each party bearing their own costs and attorneys' fees, except as otherwise provided.

DATED this 13th day of August, 2024.

| | |
|---|---|
| **THE URBAN LAW FIRM** | **KAMER ZUCKER ABBOTT** |
| By: /s/ *Michael A. Urban* | By: /s/ *R. Todd Creer* |
| Michael A. Urban    #3875 | R. Todd Creer #10016 |
| Paul D. Cotsonis    #8786 | Dare E. Heisterman #14060 |
| 4270 South Decatur Blvd., Suite A-9 | 6325 South Jones Boulevard, Suite 300 |
| Las Vegas, Nevada 89103 | Las Vegas, Nevada 89118 |
| **Attorneys for Plaintiffs/Counter Defendants Trusts and Third-Party Defendant Trustees** | **Attorneys for Defendants/ Counterclaim-Plaintiffs/Third-Party Plaintiffs** |

**WEINBERG ROGER & ROSENFELD**

By: /s/ *Joseph T. Adamiak*
Sean W. McDonald    #12817
Joseph T. Adamiak    #16373
3199 East Warm Springs Road, Suite 400
Las Vegas, Nevada 89120
**Attorneys for Third-Party Defendant Union, Marielle "Apple" Thorne and Phil Jaynes**

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 14 day of August 2024.